```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

ARTURO MARTINEZ,                )
                                )
             Plaintiff,         )
                                )
    v.                          )     No. 07 C 3442
                                )
FREEDOM MORTGAGE TEAM, INC.,    )
et al.,                         )
                                )
             Defendants.        )

## MEMORANDUM ORDER

Freedom Mortgage Team, Inc. ("Freedom Mortgage") has just filed a motion to dismiss the Amended Complaint filed against it and two other defendants. Freedom Mortgage has not scheduled the presentment of its motion until September 17, 2007, the previously-set next status hearing date in this action. Although scheduling a presentment date that far out violates this District Court's LR 5.3(b), which under other circumstances might justify this Court's sua sponte denial of the motion to dismiss out of hand, in this instance that sin may be forgiven--indeed, this Court will take advantage of the extended time gap by directing Martinez' counsel to file a response to the motion some time in advance of the presentment date.

Accordingly Martinez' counsel are ordered to file a written response to Freedom Mortgage's motion to dismiss on or before September 10, 2007. No reply is to be filed by Freedom

Mortgage's counsel unless this Court specifically requests one.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date:  August 28, 2007